UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:15-CV-00050-DCR

JANET TOMPKINS                                          PLAINTIFF; COUNTER-DEFENDANT

v.                      **JOINT NOTICE OF PENDING SETTLEMENT**

STANDARD INSURANCE COMPANY                    DEFENDANT; COUNTER-PLAINTIFF

Plaintiff/Counter Defendant, JANET TOMPKINS by her attorney, Bartley K. Hagerman of Mehr Fairbanks Trial Lawyers, PLLC, and Defendant/Counter Plaintiff, STANDARD INSURANCE COMPANY, by its attorney Jacqueline J. Herring of Smith, von Schleicher & Associates, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing written settlement documents. Upon execution of the settlement documents, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days.

Respectfully submitted,

By: /s/ Bartley K. Hagerman (with consent)
Attorney for Plaintiff,
Janet Tompkins
Philip G. Fairbanks
Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
pgf@austinmehr.com
bkh@austinmehr.com

By: /s/ Jacqueline J. Herring
Attorney for Defendant,
Standard Insurance Company
Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300
jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys of record:

Philip G. Fairbanks
Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
pgf@austinmehr.com
bkh@austinmehr.com

Robert L. Steinmetz
GWIN STEINMETZ & BAIRD PLLC
401 West Main Street
Suite 1000
Louisville, Kentucky 40202
rsteinmetz@gsblegal.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246