UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:15-CV-00050-DCR

JANET TOMPKINS                                             PLAINTIFF; COUNTER-DEFENDANT

v.          **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

STANDARD INSURANCE COMPANY                    DEFENDANT; COUNTER-PLAINTIFF

The parties being in agreement that all matters in controversy in the above captioned cause of action have been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement and the Court being otherwise advised, it is hereby ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Approved as to entry:

By: /s/ Bartley K. Hagerman (with consent)
    Attorney for Plaintiff,
    Janet Tompkins

    Bartley K. Hagerman
    Mehr Fairbanks Trial Lawyers, PLLC
    201 West Short Street, Suite 800
    Lexington, Kentucky 40507
    P:  859-225-3731
    F:  859-225-3830
    bkh@austinmehr.com

By: /s/ Jacqueline J. Herring
    Attorney for Defendant,
    Standard Insurance Company

    Jacqueline J. Herring (IL 6282246)
    SMITH | VON SCHLEICHER + ASSOCIATES
    180 North LaSalle Street, Suite 3130
    Chicago, Illinois 60601
    P:  312-541-0300
    F:  312-541-0933
    jackie.herring@svs-law.com

    SO ORDERED:

Dated: _____        _____
                                     Danny C. Reeves, Judge
                                     United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys of record:

Philip G. Fairbanks
Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
pgf@austinmehr.com
bkh@austinmehr.com

Robert L. Steinmetz
GWIN STEINMETZ & BAIRD PLLC
401 West Main Street
Suite 1000
Louisville, Kentucky 40202
rsteinmetz@gsblegal.com

                                                                                        */s/ Jacqueline J. Herring*
                                                                                        SMITH | VON SCHLEICHER + ASSOCIATES
                                                                                        180 N. LaSalle St. Suite 3130
                                                                                        Chicago, Illinois 60601
                                                                                        P  312.541.0300 | F  312.541.0933
                                                                                        jackie.herring@svs-law.com
                                                                                        Ill. Bar No. 6282246